IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT LUCE and MANDY NASH | § § § § | |
| Plaintiffs | § | CIVIL ACTION NO. 9:11cv49 |
| VS. | § § | JUDGE CRONE |
| HOUSING AUTHORITY FOR THE CITY OF CROCKETT and RENEA MINTER | § § § § § | JURY DEMANDED |
| Defendants | § § | |

## AGREED DISMISSAL

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Plaintiffs, **Robert Luce and Mandy Nash,** and Defendants, **Housing Authority for the City of Crockett and Rena Minter** (hereinafter referred to as "The Parties") and file this Agreed Dismissal With Prejudice.

I.

Without any parties admitting liability in this cause, the parties announce that they have reached a settlement and complete accord and satisfaction in this matter. This settlement resolves all claims and causes of action which were brought and/or raised in the above-referenced lawsuit.

## PRAYER

The Parties move that the Court enter the agreed dismissal, thereby dismissing with prejudice all of the claims by any and all parties which were brought in this matter

All relief not specifically requested herein is hereby denied.

Costs of Court are taxed against the party incurring the same.

Respectfully submitted,

LAW OFFICES OF STUCKEY, GARRIGAN & CASTETTER

By: _____
Alex A. Castetter
SBN #00783808
2803 C North Street
P.O. Box 631902
Nacogdoches, Texas 75963-1902
(936) 560-6020 Telephone
(936) 560-9578 Facsimile

**ATTORNEY FOR PLAINTIFFS,
ROBERT LUCE AND MANDY NASH**

DAW & RAY

A LIMITED LIABILITY PARTNERSHIP

By: _____
Willie Ben Daw, III
State Bar No.: 05594050
Federal ID No.: 2373
Attorney-In-Charge
Capital One Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057
(713) 266-3121 Telephone
(713) 266-3188 Facsimile

**ATTORNEY FOR DEFENDANT,
HOUSING AUTHORITY FOR THE CITY OF CROCKETT**

**OF COUNSEL:**
Thomas W. Demary
State Bar No.: 24045773
Fed. I.D. No.: 567344
Capital One Plaza
5718 Westheimer, Suite 1750
Houston, TX 77057
(713) 266-3121:Telephone
(713) 266-3188:Facsimile

WRIGHT & GREENHILL, P.C.

By: _____
Brantley Ross Pringle
State Bar No.: 1633 0061
Federal ID No.:
Attorney-In-Charge
221 West 6th Street, Suite 1800
Austin, Texas 78701
(512) 476-4600
(512) 476-5382 Facsimile

**ATTORNEY FOR DEFENDANT,
RENEA MINTER**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by Certified Mail, Return Receipt Requested, Facsimile, E-Filing Notification and/or Hand Delivery on this the 3rd day of December, 2012.

Alex A. Castetter                                                                              *Via Facsimile: (936) 560-9578*
LAW OFFICES OF STUCKEY, GARRIGAN & CASTETTER
2803 C North Street
P.O. Box 631902
Nacogdoches, Texas 75963-1902

Bradley K. Douglas → Bradley R. Pr[...]                              *Via Facsimile: (512) 476-5382*
WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701

_____
Willie Ben Daw, III / Thomas W. Demary