IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT LUCE, *et al.* | § | |
| v. | § | CIVIL ACTION NO. 9:11CV49 |
| HOUSING AUTHORITY FOR THE CITY OF CROCKETT, *et al.* | § | |

FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered as to all claims, it is hereby

**ORDERED** and **ADJUDGED** that the above-entitled action be **DISMISSED**, each party bearing its own costs.

So **ORDERED** and **SIGNED** this **24** day of **December, 2012.**

_____
Ron Clark, United States District Judge